```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -    x
UNITED STATES OF AMERICA                :

        - v. -                          :
                                             ORDER
HUSSEIN KARIMI,                         :
    a/k/a "Hussein Karimi Rikibadi,"         S1 06 Cr. 477 (LBS)
    a/k/a "Hossein Salim Khani,"        :

            Defendant.                  :

                                        :

- - - - - - - - - - - - - - - - - -    x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-07

Upon the application of the United States of America, by and through Assistant United States Attorney David A. O'Neil, and with the consent of the defendant, by and through his counsel Ira London, Esq., it is hereby ORDERED that the time between December 18, 2007 and April 9, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the defendant time to review discovery and determine whether to file motions.

Dated:  New York, New York
        December 18, 2007

                                    _____
                                    UNITED STATES DISTRICT JUDGE