USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

HUSSEIN KARIMI,

               Defendant.
----------------------------------------------------------x

ORDER

06 - CR. 477 (LBS)

WHEREAS:

HUSSEIN KARIMI, incarcerated at Metropolitan Detention Center, New York, New York, Register #60617-054, is a citizen of Romania and has no family or friends in the United States;

AND WHEREAS, HUSSEIN KARIMI's family in Romania is unable to deposit funds in his Bureau of Prisons commissary account because the Bureau of Prisons requires deposit of U.S. Postal money orders;

IT IS HEREBY ORDERED:

IRA D. LONDON, C.J.A. assigned counsel for Mr. Karimi, is permitted to accept money from Mr. Karimi's family solely for the purpose of depositing that money in Mr. Karimi's Bureau of Prisons commissary account.

SO ORDERED:

Date:  January __16__, 2008

                                              LEONARD B. SAND
                                              Senior United States District Judge