AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA,

-against-

**APPEARANCE**

HUSSEIN KARIMI,

Case Number: S1 06 Cr. 477 (LBS)

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT HUSSEIN KARIMI

I certify that I am admitted to practice in this court.

| 4/3/2008 | *[signature]* |
|---|---|
| Date | Signature |

| | RICHARD B. LIND | RBL-1861 |
|---|---|---|
| | Print Name | Bar Number |

745 FIFTH AVENUE, SUITE 902
Address

| NEW YORK | NY | 10151 |
|---|---|---|
| City | State | Zip Code |

| (212) 888-7725 | (212) 371-2961 |
|---|---|
| Phone Number | Fax Number |