UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

HUSSEIN KARIMI,

                     Defendant.
----------------------------------------------------------x

ORDER

06 - CR. 477 (LBS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-08
```

WHEREAS:

IRA D. LONDON, ESQ. has been assigned under the Criminal Justice Act to represent HUSSEIN KARIMI, the defendant in the above captioned case;

AND, Mr. London has requested prior authorization for payment of $900.00, based on six hours of work at $150 per hour to Ability Systems Corporation, Portland, Oregon, to open ten discs of Encase encrypted discovery and download it in a readily accessible format to an external hard drive;

AND, Mr. London has demonstrated good cause for this expenditure in a separate submission;

IT IS HEREBY ORDERED THAT:

Ability Systems Corporation, Portland, Oregon, is authorized to submit a voucher and be paid for the amount of their bill up to $900 when this work is completed.

Date: April ___/___, 2008

                                              LEONARD B. SAND
                                              Senior United States District Judge