```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    ORDER
                                   :
HUSSEIN KARIMI,                    :    S1 06 Cr. 477 (LBS)
                                   :
             Defendant.            :
                                   :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08

Upon the application of the United States of America, by and through Assistant United States Attorney Anjan Sahni, it is hereby ORDERED that the time between April 9, 2008 and June 9, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the defendant time to decide whether to file motions.

Dated:  New York, New York
        April 10, 2008

_____
JUDGE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE