USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :   [PROPOSED] ORDER
        - v -                       :   S1 06 Cr. 477 (LBS)
HUSSEIN KARIMI RIKIBADI,            :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - -X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 16, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transferred to the District Court, and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the plea;

IT IS HEREBY ORDERED that HUSSEIN KARIMI RIKIBADI's guilty plea is accepted.

Dated: New York, New York
       May 19, 2008

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK