```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :     SUPERSEDING
                                          INFORMATION
           - v. -                   :     S2 06 Cr. 477 (LBS)

HUSSEIN KARIMI RIKABADI,            :

                 Defendant.         :
- - - - - - - - - - - - - - - - - - - -X
```

COUNT ONE

The United States Attorney charges:

1. From in or about 1998, up to and including in or about March 2007, in the Southern District of New York and elsewhere, HUSSEIN KARIMI RIKABADI, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that HUSSEIN KARIMI RIKABADI, the defendant, and others known and unknown, would and did distribute a controlled substance, to wit, one kilogram and more of a substance containing a detectable amount of heroin, intending and knowing that such substance will be unlawfully imported into the United States, in violation of Sections 959, 960(a)(3) and 960(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 963.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED MAY 1 6 2008

## FORFEITURE ALLEGATION

3. As a result of committing the controlled substance offense alleged in Count One of this Information, HUSSEIN KARIMI RIKABADI, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting and derived from any proceeds that the said defendant obtained directly and indirectly as a result of the said violation and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

### Substitute Assets Provision

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

    (Title 21, United States Code, Sections 963 and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

HUSSEIN KARIMI RIKABADI,

Defendant.

---

**INFORMATION**

S2 06 Cr. 477 (LBS)

(21 U.S.C. § 963)

MICHAEL J. GARCIA
United States Attorney.

5/16/08 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Richard Lind & AUSA David O'Neil. & Court reporter & Farsi Interpreter MAMAD SHIRAZI Pres. Deft. filed consent to proceed before Mag. Judge. Deft. Pleads Guilty. PSI ordered. Sentence set for 8/15/08.

s/ Mag. Judge Katz